STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Counsel to KURT MILLER, Movant.

THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>    GLORIA CABRAL,<br><br>        Debtor. | Case No. 18-51575 MEH<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON MOTION TO TERMINATE, ANNUL AND FOR IN REM RELIEF FROM THE BANKRUPTCY AUTOMATIC STAY**<br><br>**[Property: 3474 Gila Drive, San Jose, California 95148]**<br><br>Hearing<br>Date: September 14, 2018<br>Time: 10:00 a.m.<br>Place: Courtroom 3020<br>       Federal Courthouse-San Jose<br>       280 South First Street<br>Judge: M. Elaine Hammond |

TO THE DEBTOR GLORIA CABRAL, DEVIN DERHAM BURK, THE CHAPTER 13 TRUSTEE, SECURED CREDITOR BANK OF AMERICA, N.A.:

PLEASE TAKE NOTICE that the Motion and supporting pleadings for KURT MILLER (Movant or Lender) for Relief from the Bankruptcy automatic stay is set for hearing at the time and place set forth above.

PLEASE TAKE FURTHER NOTICE: That any response to the Motion is governed by Fed. R. Bank. P. 4001, 9014 and B.L.R.

DINAPOLI & SIBLEY

Dated: August 20, 2018    */s/ Steven J. Sibley*

STEVEN J. SIBLEY

Counsel for Moving Party

KURT MILLER