**UNITED STATES BANKRUPTCY COURT**
Northern District of California

| | | |
|---|---|---|
| In re: GLORIA CABRAL | ) | Bankruptcy No.:18-51575 MEH |
| | ) | R.S. No.: |
| | ) | Hearing Date: October 5, 2018 |
| | ) | Time: 10:00 a.m. |
| Debtor(s) | ) | Courtroom 3020 |
| _____ | ) | |

AMENDED **Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: July 18, 2018                 Chapter: 13
     Prior hearings on this obligation: 9/14/2018       Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

     Secured Creditor [ ] or lessor [ ]
     Fair market value: $_____     Source of value: _____
     Contract Balance: $_____     Pre-Petition Default: $_____
     Monthly Payment: $_____     No. of months: _____
     Insurance Advance: $_____     Post-Petition Default: $_____
                                                        No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):
**Single family residence, address: 3474 Gila Drive San Jose, California 95148**

**Fair market value: $ 980,000**     **Source of value: Appraisal**     **If appraisal, date: 8/10/2018**

**Moving Party's position (first trust deed, second, abstract, etc.): Second deed of trust holder. A trustee sale was held on July 18, 2018, with Movant obtaining a corrected trustee's deed upon sale.**

     **Approx. Bal. $ 244,023**     **Pre-Petition Default: $ 144,023**
     **As of (date): July 18, 2018**     **No. of months: 126 (Since Jan. 2008)**
     **Mo. payment: $ 3,500**     **Post-Petition Default: $ 3,500**
     **Notice of Default (date): 12/19/2014**     **No. of months: 2**
     **Notice of Trustee's Sale: 7/18/2018 (conducted)**     **Advances Senior Liens: $_____**

**Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):**

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| **1st Trust Deed: Bank of New York** | $ 587,271 | $ 2,911 | $ 2,911 |
| **2nd Trust Deed: Kurt Miller, Movant** | $ 244,023 | $ 3,500 | $ 7,000 |
| **Judgment Lien: Kurt Miller, Movant** | $ 305,000 | | |
| (Total) | $1,136,294 | $ 6,411 | $ 9,911 |

**Other pertinent information: Movant is requesting in rem relief and annulment of the stay as of July 18, 2018 petition date.**

Dated: September 20, 2018                                   _/s/ Steven J. Sibley_
                                                                                                   Signature

                                                   STEVEN J. SIBLEY, for Moving Party KURT MILLER