STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:   (408) 999-0900
Facsimile:   (408) 999-0191
e-mail:       sjs@ dslaw.net

Counsel to KURT MILLER,
Movant.

THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | Case No. 18-51575 MEH |
| GLORIA CABRAL, | Chapter 13 |
| Debtor. | **AMENDED NOTICE OF HEARING ON MOTION TO TERMINATE, ANNUL AND FOR IN REM RELIEF FROM THE BANKRUPTCY AUTOMATIC STAY** |
| | **[Property: 3474 Gila Drive, San Jose, California 95148]** |
| | **Relief from Fed. R. Bank. P. 4001(a)(3)** |
| | Hearing<br>Date:   October 5, 2018<br>Time:   10:00 a.m.<br>Place:  Courtroom 3020<br>         Federal Courthouse-San Jose<br>         280 South First Street<br>Judge: M. Elaine Hammond |

TO THE DEBTOR GLORIA CABRAL, DEVIN DERHAM BURK, THE CHAPTER 13 TRUSTEE, SECURED CREDITOR BANK OF NEW YORK:

PLEASE TAKE NOTICE that the Amended Motion and supporting pleadings for KURT MILLER (Movant or Lender) for Relief from the Bankruptcy automatic stay have been filed and is set for hearing at the time and place set forth above.

| | |
|---|---|
| 1 | |
| 2 | This Motion was initially scheduled for hearing on September 14, 2018. |
| 3 | However, the beneficiary for the 1st deed of trust against the Property was changed |
| 4 | from the Bank of America to the Bank of New York (BNY). As a result, the hearing on |
| 5 | this Motion has been rescheduled to the time and place set forth above. |
| 6 | PLEASE TAKE FURTHER NOTICE: That any response to the Motion is |
| 7 | governed by Fed. R. Bank. P. 4001, 9014 and B.L.R. 4001-1. |

This Motion was initially scheduled for hearing on September 14, 2018. However, the beneficiary for the 1st deed of trust against the Property was changed from the Bank of America to the Bank of New York (BNY). As a result, the hearing on this Motion has been rescheduled to the time and place set forth above.

PLEASE TAKE FURTHER NOTICE: That any response to the Motion is governed by Fed. R. Bank. P. 4001, 9014 and B.L.R. 4001-1.

DINAPOLI & SIBLEY

Dated: September 20, 2018          */s/ Steven J. Sibley*

STEVEN J. SIBLEY

Counsel for Moving Party

KURT MILLER