DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case No. 18-51575 MEH |
| ROBLES, GLORIA CABRAL | ) | |
| | ) | FIRST AMENDED |
| | ) | TRUSTEE'S OBJECTION TO |
| | ) | CONFIRMATION WITH CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | Continued 341 Meeting Date and Time: October 22, 2018 @ 11:30 AM |
| | ) | |
| | ) | Judge: M. Elaine Hammond |
| | ) | |
| Debtor(s) | ) | |

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Debtor has failed to comply with Northern District of California General Order 34 which requires the use of Form NDC 1-1, the standard form chapter 13 plan required for all cases filed or converted to chapter 13 on or after December 1, 2017. Because the Debtor has failed to use the mandatory form plan, the Trustee cannot properly analyze the petition and schedules and may not be able to fully examine the debtor at the 11 U.S.C.

§341(a) meeting of creditors. The Trustee requests that the Debtor immediately file the appropriate plan and serve it on all creditors.

2. The Debtor has not provided the Trustee with pay advices required by General Order 32 and/or with federal and state income tax returns (and W-2's if applicable) required to be filed for the most recent tax year ending before the commencement of the case. Because these documents have not been provided, the Trustee cannot perform the analysis needed in order to determine whether the tests for confirmation in 11 U.S.C. §1325 (a) and (b) are met. Until these documents are provided, the case will not be analyzed.

3. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtor provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

Dated: October 17, 2018                    /S/ Devin Derham-Burk
                                           _____
                                           Chapter 13 Trustee

Trustee's Obj to Confirmation 18-51575 MEH

2

Case: 18-51575    Doc# 47    Filed: 10/17/18    Entered: 10/17/18 16:10:24    Page 2 of 3

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's First Amended Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on October 17, 2018.

Said envelopes were addressed as follows:

| | |
|---|---|
| Gloria Cabral Robles<br>3474 Gila Dr<br>San Jose, CA 95148 | Litigation Law Group<br>111 N Market St #1010<br>San Jose, CA 95113 |

/S/ Mary Lou Amaral
Office of Devin Derham-Burk, Trustee