STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Counsel to KURT MILLER,
Movant.

THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>    GLORIA CABRAL,<br><br>        Debtor. | Case No. 18-51575 MEH<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE: MOVANT'S WITNESS LIST**<br><br>**[Property: 3474 Gila Drive, San Jose, California 95148]**<br><br>Hearing<br>Date:   October 24, 2018<br>Time:   9:00 a.m.<br>Place:  Courtroom 3020<br>            Federal Courthouse-San Jose<br>            280 South First Street<br>Judge:  M. Elaine Hammond |

    I am a citizen of the United States. My business address is The Law Offices of DiNapoli & Sibley, Ten Almaden Boulevard, Suite 1250, San Jose, California 95113-2271, and my telephone number is (408) 999-0900. I am employed in the County of Santa Clara where this service occurred. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with the normal business practice of The Law Offices of DiNapoli & Sibley for collection and processing of correspondence for mailing with the U. S. Postal Service, and that practice is that correspondence is deposited with the U. S. Postal Service the same day as the day of collection in the ordinary course of business.

    On the date set forth below, following the ordinary business practice, I served the following document(s):

MOVANT'S WITNESS LIST; and

CERTIFICATE OF SERVICE

by enclosing true copies thereof in a sealed envelope and placing it for collection and service that same day in the ordinary course of business.

_X__(BY MAIL) I caused such envelope with first-class postage thereon fully prepaid to be placed in the United States mail at San Jose, California, addressed to the parties as follows:

<u>Counsel for Debtor:</u>
Ms. Linda Keny, Esq.
The Litigation Law Group
111 North Market Street, Suite 1010
San Jose, CA 95113

<u>X  </u>(BY ECF)  Ms. Linda Keny, Esq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this Proof of Service in the City of San Jose, California, on October 18, 2018.

*/s/ Steven J. Sibley*
STEVEN J. SIBLEY