

This. AUTOMOBILE
Belong. To
Zdenka. V. Kdarik.



KURT A MILLER

B.K. PROFF →

Kᵒ

KURT A MILLER AND HE'S WIFE. PREPARE. THE.
TRUSTEE SALE:
MR. WAS SERVE AT. THE. TRUSTEE. SALE. WITH. THE.
BANKRUPTCY. PETITION,
BEFORE THE SALE. DATE. JULY 18 2018 AT 8:25 AM.



Zdenka V. Kolarik
MBE SS doing The Trustee
was doing The
Sale #T.15885-a.
Monterey Rd.
Morgan Hill
July. 18. AT 9AM.

FROM THE DESK OF GLORIA CASTANEDA     8/8/2018

The Reason For This Complaint Against This Two Lawyers . I Been Defraud $600.000 Kurt Anthony Miller State Bar Licenses (184143) This Lawyer Forged In All My Case The Signatures. Went Jefferey Allen Mentzos (190569) Let Mr Kurt Sig His Name And All This Fraudulent Foreclosure And Law Suit Against Me. Kurt Miller Also Forged Signatures On The Recording Offices Of San Jose CA, Location . I Went To A The Recording Offices And Forged All The Document Practicing Law Went he Is Been Disbarred . He Lies To Los Angeles Superior Court Also Lies To The Federal Bankruptcy Court And This A Crime He Is Been Commenting Fraudulent Real Estate Transaction. Kurt Miller Also Forging Signatures From Notarize Person (SUSANA OROSCO) If You Open This Case You Will Fund All The Signatures Are Forged !!! I Will Sent You Copy Of My Case In Los Angeles Also The Federal Bankruptcy . Kurt A Miller Tell Daniel Arce That He Is Lawyer you Cant Contact Him At (408)580-6655 I Authorize Him To Discus This Case . Kurt Miller Has Been Defraud Multiples Family .
Please Help Me I Have It Daughter With Cerebral Palsy . And Multiple Disorders . I Don't Want To Lose My Home Because Kurt Miller I Paying Attorney Fees. This Criminal I Saying To People That He Is Using RON TU To Ex Wife To Put Her Us A Lender And Them Wait For The Property Get High Value And Force The Family To Sale Or Foreclosure On Them. Please Help Me

Sincerely GLORIA CASTANEDA

(408) 580-6814

**XAVIER BECERRA**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 210-6276
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

August 7, 2018

PIU: 801176

Ms. Gloria C. Castaneda
3474 Gila Drive
San Jose, CA 95148-1724

**RE:  Kurt Miller vs. Gloria Castaneda / Case No. BC516170**

Dear Ms. Castaneda:

Thank you for your correspondence of August 3, 2018 to the Office of the Attorney General.

While we appreciate the time and effort it has taken to contact our office, we are unable to assist you. The role of the Attorney General is to represent the People of California, collectively, in civil and criminal matters before trial courts, appellate courts, and the supreme courts of California and the United States. However, the Attorney General is prohibited by law from representing private individuals or providing legal advice, legal research or legal analysis to private individuals under any circumstances. As a result, the Attorney General cannot represent you in your private litigation or intercede on your behalf.

Therefore, we suggest that you consult with a private attorney to determine any civil remedies that may be available to you. An attorney would directly represent your interests and is the one whose advice would be most helpful to you.

Your complaint about the attorney(s) involved in this case should be directed to the State Bar. The Bar has exclusive jurisdiction over complaints against attorneys. You may contact the Bar as follows:

State Bar of California
Intake Unit
845 S. Figueroa Street
Los Angeles, CA 90017
800-843-9053 or 213-765-1200

We regret that we are unable to assist you. However, we hope the information we have provided clarifies our restrictions in regard to your request. Thank you again for writing.

Sincerely,

Melissa Weikel, Manager
Public Inquiry Unit

For  XAVIER BECERRA
Attorney General

Maria,

I received a message that you did not get a copy of the letter that we recently sent. However, Mark Gomez, Esq. has informed me that a copy was sent on Friday.

In any case, here is a copy, please confirm if you have received it.

Additionally we will be sending a second letter with more specific allegations of the fraud committed by Kurt Miller. I will send a copy of that letter tomorrow.

Best,

**Peter Roble**
GOMEZ & SIMONE, APLC
14241 Firestone Blvd., Suite 400

La Mirada, CA 90638






In any case, here is a copy, please confirm if you have received it.

Additionally we will be sending a second letter with more specific allegations of the fraud committed by Kurt Miller. I will send a copy of that letter tomorrow.

Best,

**Peter Roble**
GOMEZ & SIMONE, APLC
14241 Firestone Blvd., Suite 400

La Mirada, CA 90638
Tele: 855-219-3333 ;
          818-937-4873 (direct line)
Fax:  818-574-6730
proble@gomezsimonelaw.com

**CONFIDENTIALITY NOTICE** This email message is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. It is intended only



SHE ALSO TELL ME ME AND RONG TU
TRYING TO ANDVISE THAT THIS
CRIMINAL KURT MILLER AND JEFFREY
MENTZOS PLANING TO STEAL YOUR
PROPERTY MR KURT MILLER IS A THIEF .
ALSO SHE TELL ME THAT BOTH ARE
FRIENDS AND KNOW THE DISTRICT
ATORNEY ALSO MR MILLER HAVE A
DAUGTHER POLICE SO HE INTIMATE
PEOPLE WITH THAT .. PLEASE HELP SO
THIS TWO SUSPECT DON'T SALE MY
PROPERTY TO DIFERENT PERSON AND
LIVE MEXICO ..... THEY HAVE ABOUT 14
CASES AGAINTS PROPERTY OWNERS

SINCERELY GLORIA CASTANEDA
(408)580-6814

WITNESS

RONG TU  (626) 321-6061

SHE IS AFRAID FOR HER LIFE SHE TELL
ME IF JEFFREY MATZOS AND MY EX
HUSBAND FOUND OUT THAT I CALL YOU
HE WILL KILL ME PLEASE PROTECT ME I
WIIL GO TO COURT TO TESTIFY THAT MR
MILLER HAS BEEN FORGING
SIGNATURES BUT PLEASE PROTECT ME
.SHE TELL ME I WAS LLOKING FOR YOU
TO ADVISE THE MILLER SIGN MY NAME I
NEVER SIGN ANY SUBTITUTION OF THE
TRUSTEE ..

2- WITNESS MARY ULLOA  (562)746-
9327

11  Gloria Castaneda;

12  Blanca Castaneda;

13  10 inclusive,

14      Notice is g'

15  court on July 24,

16  Robles, Gloria C

17  Castaneda; Blan

18  affects title to sp

19  the complaint or

20      The spec:

California, and is

21      Lot 60, a

22      filed for

23      California

24      Also know

25  Santa Clara Count

26  Dated: February 10, 2014

27

28

Notice Lis Pendens

THE ENTIRE PRINCIPAL AMOUNT BECAM
A RESULT OF THE MATURITY OF THE OBL

That by reason thereof, the present beneficiary un
delivered to JEFFREY MENTZOS, such deed
obligations secured thereby; and has declared an
thereby immediately due and payable and has ele
trust property to be sold to satisfy the obligations
If required by the provisions of Section 292
declaration from the mortgagee, beneficiary or a
of Default duly recorded with the appropriate Co

Dated: June 13, 2018

Jeffrey Mentzos -Trustee

The Law Offices of Jeffrey Mentzos

By
Jeffrey Mentzos, Esq.
1

*[handwritten:]* KURT A Wicker
SIGN. HERE
BOTH SiGnATURES
ARE DiFFeRENT

*[handwritten:]* WE ARE VERY disAPPOINTED WITH THE LAW. NO ONE. STOP THIS CRIMINAL He! IS FORGING SIGNATURES To. STILL PROPERTYS, AND USING JEFFREY A MENTZOS LICENSES TO DEFRAUD

assignment of rents in error was the original Trustee, and Rong Tu was the original Be
Deed of Trust dated September 1, 2007 and recorded on November 2, 2007 at 1:58 p.m
19639344 in Book/Reel _____, Page/Image _____, of Official Records of Sa
and

WHEREAS, the undersigned are all the Beneficiaries under said Deed of Trust;

WHEREAS, the undersigned desire to substitute a new Trustee under said Deed
of said original Trustee thereunder, in the manner provided for in the Deed of Trust;

NOW, THEREFORE, the undersigned hereby substitutes Jeffrey Me

15585 Monterey Road, Suite E, Morgan Hill, California,

Dated 4/21/08

Beneficiary

Rong Tu

THIS IS KURT ANTONY MILLER SIGNITURE

TE OF CALIFORNIA

NTY OF _Los Angeles_ ) ss.

4-21-08 before me, SUSAN OROSEO, Notary
public, personally appeared
ONG TU _____, who proved to me
basis of satisfactory evidence to be the person(s) whose
s) is/are subscribed to the within instrument and
wledged to me that he/she/they executed the same in
/their authorized capacity(ies), and that by his/her/their
re(s) on the instrument the person(s), or the entity upon
of which the person(s) acted, executed the instrument. I
under PENALTY OF PERJURY under the laws of the State
omia that the foregoing is true and correct.
ESS my hand and official seal.

NOTARY S

SUSA
COM
NOTARY
LOS A
My Comm.

PLEASE. odTHiS TO MY CASE.
# 18-015012
STATE. BART. CASE

JEFFREY ALLEN

MENTZOS SOLD MY ALSO

PROPERTY (STEAL) He

REPORT WITH

WITH KURT ANTHONY

THE. REAL

MILLER HE USE JEFFREY ESTA

Department

ATTORNEY LICENSES TO

SIGN ALL THE LEGAL

DOCUMENT ,HE

DEFRAUD TRUSTEE

.BANKRUPTCY FEDERAL

COURT. LOS ANGELES

SUPERIOR COURT .HE
TAKE ADVANTAGE OF
SKILLS TO DEFRAUD
THE LEGAL SYSTEM . I
NEED YOUR HELP
JEFFREY ALLEN
MENTZOS NEED TO BE
DISBARRED FOR LET
KURT A MILLER USE HE
ACTIVE LICENCES TO
SIGN HES NAME AND

# FILE DOCUMENTS FALSIFAYING SIGNUTURES

LOAN # 4012891691

FROM Gloria C. Cabral.

(SAP)

PLEASE. STOP. THIS Fraudulent
FORECLOSURE, KURT A. Miller
IS. A LAWYER (disbarred)

Rong FU. NEVER SING
ANy SUBSTITUTION OF TRUSTEE.
PLEAS. FORECLOSURE. IS
ON. JULY 18 2018
AT 9. AM.

THE ENTIRE PRINCIPAL AMOUNT BECAME DUE ON SEPTEMBER 1, 2010 AS A RESULT OF THE MATURITY OF THE OBLIGATION ON THAT DATE.

That by reason thereof, the present beneficiary under such deed of trust has executed and delivered to JEFFREY MENTZOS, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

If required by the provisions of Section 2923.5 of the California Civil Coe, the declaration from the mortgagee, beneficiary or authorized agent is attached to the Notice of Default duly recorded with the appropriate County Recorder's office.

Dated: June 13, 2018

Jeffrey Mentzos -Trustee

THIS IS JEFFREY MENTZOS SIGNATURE

3

Scanned with CamScanner

THIS PROMISSORY NOTE IS. THE ORIGINAL

# PROMISSORY NOTE

ALHAMBRA, CA

September 1, 2007

THIS ONE IS THE ORIGINAL RONG TU IS. A SINGLE WOMAN.

**FOR VALUE RECEIVED**, Gloria Cabral, a widow whose address is 3474 Gila Drive in San Jose, CA 95148 (hereinafter referred to as the "Maker"), promises to pay to the order of Rong Tu, a single woman whose address is 1959 Huntington Drive, Suite B, Alhambra, CA 91801 (hereinafter referred to as "Payee"), the principal sum of One Hundred Thousand Dollars and 00/100 ($100,000.00) with interest on the unpaid principal balance from the date of this Note, until paid, at the rate of twelve percent (12%) per annum. Principal and interest shall be payable at 1959 Huntington Drive, Suite B, Alhambra, CA 91801, or such other place as the Payee shall in writing designate in thirty six (36) consecutive monthly installments of three thousand five hundred dollars and 00/100 ($3,500.00), on the first of each month beginning October 1, 2007 and continuing until the amount of this note is fully paid. Such monthly installments shall continue until the entire indebtedness is paid, and if not sooner paid, said balance shall be due and payable on September 1, 2010. All payments on this Note shall be applied first to the payment of any expenses or charges payable under this Note, and next to accrued interest, and then to the principal balance of this Note, or in such other order as Payee may elect in Payee's sole discretion.

The Occurrence of any one or more of the following events shall constitute a default under this Note: (1) the failure of Maker to pay principal and interest of this Note as and when due, or within ten (10) days thereafter, (2) a proceeding being filed or commenced against Maker for dissolution or liquidation, or Maker voluntarily or involuntarily terminates or dissolves or being terminated or dissolved by another; or (3) insolvency of, business failure of, the appointment of a custodian, trustee, liquidator or receiver for or for any of the property of, or an assignment of the benefit of creditors by or the filing of a petition under bankruptcy, insolvency or debtor's relief law, or for any readjustment of indebtedness, composition or extension by or against, Maker or any guarantor of this Note, or the death of any guarantor of this Note. Whenever there is a default under this Note the entire principal balance of and all accrued interest on this Note shall, at the option of the holder of this Note, become immediately due and payable without presentment, notice, protest or demand of any kind (all of which are expressly waived by Maker).

Failure of the Payee to exercise any rights and remedies shall not constitute a waiver of the right to exercise any rights and remedies at that or any other time.

Maker shall pay to the Payee a late charge of five percent (5%) of any monthly installment for any monthly installment not received by the Note holder within five (5) days after the monthly installment is due.

If there is any default under this Note, and this Note is placed in the hands of an attorney for collection, or is collected through any court, including any bankruptcy court, maker promises to pay to the holder of this Note such holder's reasonable attorney's fees and court costs incurred in the collecting or attempting to collect or securing or attempting to secure this Note or enforcing the holder's rights in any collateral securing this Note, provided the payment of such attorneys' fees and court costs is legally allowed



ORIGINAL

by the laws of the State of California or any state where the collateral or any part of the collateral is situated.

Maker shall have the right at any time and from time to time to pay the principal amount of this Note outstanding in whole or in part, without premium or penalty. Any partial prepayments shall be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installments or change the amount of such installment, unless the Payee shall otherwise agree in writing.

The Maker and any other party who is or may become primarily or secondarily liable for any of the obligations of Maker under this Note hereby waive presentment, demand, notice of dishonor, protest, notice of protest and nonpayment, and further waive all exemptions to which Maker and any such other party may now or hereafter be entitled under the laws of this or any other state or of the United State, and further agree that the holder of this Note shall have the right without notice, to deal in any way, at any time, with Maker, or any guarantor of this Note or with any other party who may become primarily or secondarily liable for any of the obligations of Maker under this Note without waiving any rights the holder of this Note may have under this Note by virtue of the laws of California or any other state of the United States.

Any notice to Maker provided for in this Note shall be given by mailing such notice by certified mail, return receipt requested, addressed to Maker at the address of Maker stated in the first paragraph of this Note, or to such other address as Maker may designate by written notice to the Payee. Any notice to the Payee shall be given by mailing such notice by certified mail, return receipt requested, addressed to the Payee at the address of Payee stated in the first paragraph of this Note, or at such other address as the Payee may designate by written notice to Maker.

This note has been delivered in, and shall be governed by and construed in accordance with, the laws of California. This Note shall inure to the benefit of the Note holder and the successors and assigns of the Note holder. This Note has substantial contacts with the State of California. All actions, suits or other proceedings with respect to this Note shall be brought only in a court of competent jurisdiction in the state courts of Santa Clara County, State of California or in a federal court in the 9th District of California. In any such action, suit or proceeding, such court shall have personal jurisdiction over all of the parties to this Note and the accompanying Guaranty, and service of process upon such parties under any applicable statutes, laws and rules shall be deemed valid and good.

Dated: September 1, 2007

Dated: September 1, 2007

Dated: September 1, 2007

_____
Gloria Cabral- Maker

_____
Rong Tu- Payee

Witness-_____
Blanca Castaneda

*THIS IS FALSE.
DOCUMENT*

*KURT MILLER
ALTERED AND
FALSE. THIS
PROMISSORY NOTE*

## PROMISSORY NOTE

ALHAMBRA, CA

September 1, 2007

FOR VALUE RECEIVED, Gloria Cabral, a widow, whose address is 3474 Gila Drive in San Jose, A 95148 (hereinafter referred to as the "Maker"), promises to pay to the order of Kurt Miller, a married man, whose address is 1959 Huntington Drive, Suite B, Alhambra, CA 91801 (hereinafter referred to as "Payee"), the principal sum of One Hundred Thousand Dollars and 00/100 ($100,000.00) with interest on the unpaid principal balance from the date of this note, until paid, at the rate of twelve percent (12%) per annum. Principal and interest shall be payable at 1959 Huntington Drive, Suite B, Alhambra, CA 91801, or such other place as the Payee shall in writing designate in thirty six (36) consecutive monthly installments of three thousand five hundred dollars and 00/100 ($3,500.00), on the first of each month beginning October 1, 2007 and continuing until the amount of this note is fully paid such monthly installments shall be due and payable on September 1, 2010. All payments on this Note shall be applied first to the payment of any expenses or charges payable under this Note, and next to accrued interest, and then to the principal balance of this Note, or in such other order as Payee may elect in Payee's sole discretion.

The Occurrence of any one or more of the following events shall constitute a default under this Note: (1) the failure of Maker to pay principal and interest of this Note as and when due, or within five (5) days thereafter, (2) a proceeding being filed or commenced against Maker for dissolution or liquidation, or Maker voluntarily or involuntarily terminates or dissolves or being terminated or dissolved by another, or (3) insolvency of, business failure of, the appointment of a custodian, trustee, liquidator or receiver for or for any of the property of, or an assignment of the benefit of creditors by or the filing of a petition under bankruptcy, insolvency or debtor's relief law, or for any readjustment of indebtedness, composition or extension by or against, Maker or any guarantor of this Note, or the death of any guarantor of this Note. Whenever there is a default under this Note the entire principal balance of and all accrued interest on this Note shall, at the option of the holder of this Note, become immediately due and payable without presentment, notice, protest or demand of any kind (all of which are expressly waived by Maker).

Failure of the Payee to exercise any rights and remedies shall not constitute a waiver of the right to exercise any rights and remedies at that or any other time.

Maker shall pay to the Payee a late charge of five percent (5%) of any monthly installment for any monthly installment not received by the Note holder within five (5) days after the monthly installment is due.

If there is any default under this Note, and this Note is placed in the hands of an attorney for collection, or is collected through any court, including any bankruptcy court, maker promises to pay to the holder of this Note such holder's reasonable attorney's fees and court costs incurred in the collecting or attempting to collect or securing or attempting to secure this Note or enforcing the holder's rights in any collateral securing this Note, provided the payment of such attorneys' fees and court costs is legally allowed

by the laws of the State of California or any state where the collateral or any part of the collateral is situated.

Maker shall have the right at any time and from time to time to pay the principal amount of this Note outstanding in whole or in part, without premium or penalty. Any partial prepayments shall be applied against the principal amount outstanding and shall not postpone the due date of any subsequent monthly installments or change the amount of such installment, unless the Payee shall otherwise agree in writing.

The Maker and any other party who is or may become primarily or secondarily liable for any of the obligations of Maker under this Note hereby waive presentment, demand, notice of dishonor, protest, notice of protest and nonpayment, and further waive all exemptions to which Maker and any such other party may now or hereafter be entitled under the laws of this or any other state or of the United State, and further agree that the holder of this Note shall have the right without notice, to deal in any way, at any time, with Maker, or any guarantor of this Note or with any other party who may become primarily or secondarily liable for any of the obligations of Maker under this Note without waiving any rights the holder of this Note may have under this Note by virtue of the laws of California or any other state of the United States.

Any notice to Maker provided for in this Note shall be given by mailing such notice by certified mail, return receipt requested, addressed to Maker at the address of Maker stated in the first paragraph of this Note, or to such other address as Maker may designate by written notice to the Payee. Any notice to the Payee shall be given by mailing such notice by certified mail, return receipt requested, addressed to the Payee at the address of Payee stated in the first paragraph of this Note, or at such other address as the Payee may designate by written notice to Maker.

This note has been delivered in, and shall be governed by and construed in accordance with, the laws of California. This Note shall inure to the benefit of the Note holder and the successors and assigns of the Note holder. This Note has substantial contacts with the State of California. All actions, suits or other proceedings with respect to this Note shall be brought only in a court of competent jurisdiction in the state courts of Santa Clara County, State of California or in a federal court in the 9th District of California. In any such action, suit or proceeding, such court shall have personal jurisdiction over all of the parties to this Note and the accompanying Guaranty, and service of process upon such parties under any applicable statutes, laws and rules shall be deemed valid and good.

Dated: September 1, 2007

_Gloria Cabral_
Gloria Cabral- Maker

Dated: September 1, 2007

_____
Rong Tu- Payee

Dated: September 1, 2007

Witness-
_____
Blanca Castaneda

KURT MILLER
ALTERATE TO 'S PROMISSORY
HE REFUSED TO 'S EXPOSE E THES
DATE

Jeffrey Mentzos, Esq., Bar No. 190569
The Law Offices of Jeffrey Mentzos
216 South Citrus Street, Suite 166
West Covina, CA 91791
Telephone: (626)888-9156
Fax: (626)331-3331

Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORN
## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| Kurt Miller, <br>          Plaintiff, <br><br> vs. <br><br> Gloria Cabral, aka Gloria Robles, Gloria <br> Cabral Robles, Gloria Castaneda Cabral; <br> Gloria Castaneda; Ana Castaneda; Blanca <br> Castaneda; and Does 1 through 10 <br> inclusive, <br>          Defendant(s). | Case No.  BC516170 <br><br> NOTICE OF CASE <br> MANAGEMENT CONFER |

To defendants, Gloria Cabral, aka Gloria Robles, Gloria Cabral Robles, G
Cabral; Gloria Castaneda; Ana Castaneda; Blanca Castaneda

Please take notice that the court has set a Case Management Conference
November 1, 2013 at 8:30 a.m. in Department 30 at 111 North Hill Street, Los An

Attached is a copy of the notice of CMC provided by the court.

Dated: July 29, 2013

THIS SIGNATURE WAS (FORGED)
by MR. KURT ANTHONY MILLER
BAR (184143) DISBARRED LAWYER.
THIS CONTINUE MORE →
DEFRAUD →

_____
Jeffrey Mentzos, Esq.
Attorney for Kurt Miller