STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:   (408) 999-0900
Facsimile:    (408) 999-0191
e-mail:       sjs@ dslaw.net

Attorneys  for  Plaintiff  KURT
ANTHONY MILLER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

GLORIA CABRAL,

              Debtor.

_____

KURT ANTHONY MILLER,

            Plaintiff,

v.

GLORIA CABRAL,

           Defendant.

_____

Case No. 18-51575 MEH
Chapter 13

Adv. Pro. No.

**COMPLAINT TO DETERMINE
DISCHARGABILITY OF A DEBT**

Plaintiff KURT ANTHONY MILLER alleges that:

1.  This adversary proceeding arises from Debtor\Defendant GLORIA

CABRAL'S chapter 13 bankruptcy case, assigned the case number listed above,

which case is presently pending in the San Jose Division of this Court.

2.  This adversary proceeding complaint initiates an action as set forth in Fed.

R. Bank. P. 7001(6).  This Court has jurisdiction over this complaint and venue is

proper pursuant to 28 U.S.C. §§ 151, 157 and 1334.  This is a core proceeding

pursuant to 28 U.S.C. §§ 157(b)(2)(I) and the plaintiff consents to the entry of a final judgment by the Bankruptcy Court of this adversary proceeding.

PARTIES

3.  Plaintiff KURT ANTHONY MILLER is an individual that had previously conducted business in the State of California, County of Santa Clara.

4.  Defendant GLORIA CABRAL (Debtor or Defendant) is a natural person and the debtor who filed this bankruptcy case.

FACTUAL BACKGROUND

5.  On or about July 24, 2013, plaintiff filed a complaint for damages against the debtor and her adult daughters Gloria Castaneda, Ana Castaneda and Blanca Castaneda in the Los Angeles County Superior Court.  In that action, *Miller v. Cabral, et al.* assigned Case No. BC516170, plaintiff sought damages for fraud from defendants' misrepresentations arising from a loan transaction with plaintiff.

6.  The plaintiff's claims against the debtor and other defendants in the Los Angeles Superior Court case was based on defendants' and defendant debtor's false representations from September 2007:

a.  that if plaintiff lent debtor $100,000, the debtor would secure that loan against property the debtor owned at 3474 Gila Drive, San Jose, California (Property);

b.  that debtor would not transfer the Property to anyone without plaintiff's consent;

c.  that the debtor would keep current the existing first deed of trust against the Property and would pay all insurance, property taxes and maintain the Property;

d.  that the debtor would utilize the equity in a property the debtor owned free and clear in Guadalajara, Mexico to ensure payment of the $100,000 loan.

7.  The debtor's and her daughters' representations were false or made in reckless disregard of the truth and that those statements damaged plaintiff.  The debtor and her daughters made those statements to plaintiff knowing that they would not make the loan payments as provided in the promissory note, that the debtor and her daughters would transfer the Property without plaintiff's consent, that the debtor would transfer and\or not utilize the Guadalajara, Mexico property to pay plaintiff and that defendant would not keep the first deed of trust current, pay insurance, property taxes or maintain the Property.

8.  On or about December 29, 2014, the Los Angeles Superior Court (Scheper, J.) held a trial on the matter.  The trial allowed for the presentation of plaintiff's and defendants' cases in chief.  Following the presentation of the evidence, the court entered a fraud judgment in favor of plaintiff and against the debtor, Gloria Cabral Robles, Gloria Castaneda Cabral, Ana Castaneda and Blanca Castaneda for $303,595.  A copy of that judgment which references the Superior Court's findings is attached as Exhibit A.

9.  Defendant-debtor filed a motion with the Los Angeles Superior Court to vacate the judgment attached as Exhibit A.  Debtor's motion to vacate was denied.

10.  Plaintiff obtained an abstract of that judgment and recorded the judgment in Santa Clara County, California on or about March 25, 2015.

\

\

## FIRST CLAIM FOR RELIEF

## ACTUAL FRAUD - 11 U.S.C. § 523(a)(2)(A)

11. Plaintiff incorporates the allegations set forth in paragraphs 1 through 10 above as though fully set forth herein.

12. At the time the defendant-debtor made the representations and actions referenced herein, the defendant knew those representations were false.

13. The defendant made the representations and actions referenced herein with the intention and purpose of deceiving Plaintiff.

14. The plaintiff justifiably relied on the representations of defendant.

15. As a direct and proximate result of defendant's representations and actions, plaintiff has sustained damages, as found by the Los Angeles Superior Court of $303,595 plus statutory interest of 10% per annum from December 29, 2014.

16. The Los Angeles Superior Court judgment has collateral estoppel effect as to defendant-debtor on the issue of fraud, since she had a full and fair opportunity with adequate notice to contest any disputed issues.

WHEREFORE, Plaintiff prays for Judgment against Defendant, as set forth herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court grant Judgment against Defendant as follows:

1. For Judgment in Plaintiff's favor based on the Los Angeles Superior Court judgment, Exhibit A hereto, with a finding that the Los Angeles judgment is non-dischargeable pursuant to 11 U.S.C. § 523(a), et seq.;

2. For costs of suit; and

3. For such other and further relief as is just and proper.

DINAPOLI & SIBLEY

Dated: November 5, 2018          */s/ Steven J. Sibley*

STEVEN J. SIBLEY, counsel for

plaintiff KURT ANTHONY MILLER

EXHIBIT A

Kurt Miller- In Pro Per
P.O. Box 151
Covina, CA 91723
Telephone: (206)787-2615

In Pro Per for Plaintiff

**FILED**
Superior Court of California
County of Los Angeles

**DEC 2 9 2014**

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Neli M. Raya

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF LOS ANGELES- STANLEY MOSK

| | |
|---|---|
| Kurt Miller, <br>              Plaintiff, <br><br> vs. <br><br> Gloria Cabral, aka Gloria Robles, Gloria Cabral Robles, Gloria Castaneda Cabral; Gloria Castaneda; Ana Castaneda; Blanca Castaneda; and Does 1 through 10 inclusive, <br>              Defendant(s). | Case No.  BC516170 <br><br> JUDGMENT ON COURT TRIAL <br><br><br> **Date:  December 29, 2014** <br> **Time:  8:30 a.m.** <br> **Dept.:  30** |

A Court Trial in this matter came on regularly for hearing on December 29, 2014, which said trial concluded on December 29, 2014, before the Honorable Barbara Scheper, Judge of the Superior Court of the State of California, County of Los Angeles.

Kurt Miller, appeared in pro per for Plaintiff and no one appeared for Defendants, Gloria Cabral, aka Gloria Robles, Gloria Cabral Robles, Ana Castaneda and Blanca Castaneda.

Following the presentation of Plaintiff and Defendant's cases in chief, and after having considered the evidence presented to this Court, or pursuant to affidavit on file herein,  the Court ordered the following judgment:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:** that Plaintiff, Kurt Miller, have and recover from said defendants both jointly and severally a judgment for FRAUD against defendants, Gloria Cabral, aka Gloria Robles, aka Gloria Cabral Robles, Ana Castaneda and Blanca Castaneda in the amount of:

---

Judgment on Court Trial            1

| | |
|---|---|
| Principal | $ 100,000.00 |
| Punitive Damages | 200,000.00 |
| Court Issued Sanctions | 2860.00 |
| Costs of Suit | 735.00 |
| Attorney Fees | 0 |

The Total Amount of the Judgment for FRAUD   $ 303,595

JUDGMENT ENTERED.

Dated:  December 29, 2014

_Barbara M. Scheper_
Honorable Barbara Scheper



I certify that this is a true and correct copy of the
original _____ Judgment _____
on file in this office consisting of 2 pages.
SHERRI R. CARTER, Executive Officer / Clerk of the
Superior Court of California, County of Los Angeles.
JUL 0 2019 Date: _____, Deputy
By: _____
D. WADE