STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@dslaw.net

Counsel to KURT MILLER, Movant.

THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>GLORIA CABRAL,<br><br>Debtor. | Case No. 18-51575 MEH<br><br>Chapter 13<br><br>**STIPULATION BETWEEN MOVANT AND DEBTOR TO RESCHEDULE FINAL HEARING ON MOTION FOR RELIEF FROM STAY**<br><br>**[Property: 3474 Gila Drive, San Jose, California 95148]**<br><br>Hearing<br>Date: November 28, 2018<br>Time: 9:00 a.m.<br>Place: Courtroom 3020<br>       Federal Courthouse-San Jose<br>       280 South First Street<br>Judge: M. Elaine Hammond |

COMES NOW the debtor GLORIA CABRAL (debtor) and Creditor Moving party KURT MILLER (movant) with the following stipulation to reschedule the final hearing on movant's motion for relief from the bankruptcy automatic stay:

It is stipulated and agreed that the final hearing be rescheduled from 9:00 a.m November 28, 2018 to a date and time that is at least forty-five (45) days from the date of this stipulation.

It is further stipulated and agreed that the bankruptcy automatic stay pursuant to 11 U.S.C. § 362(a) is to remain in effect subject to further order of this court.

| MOVANT KURT MILLER | DEBTOR GLORIA CABRAL |
|---|---|
| By: */s/ Steven J. Sibley* | By: */s/ Linda Keny* |
| STEVEN J. SIBLEY | LINDA KENY |
| Counsel for Movant | Counsel for Debtor |
| Dated: 11/20/18 | Dated: 11/19/2018 |