Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 360-9478
Facsimile: (949) 360-0302
Email: oclawadw@aol.com
Attorney for Creditor
Kurt Miller

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>GLORIA CABRAL ROBLES,<br><br>Debtor. | Case No. 18-51575 MEH<br><br>Chapter 13<br><br>**SUBSTITUTION OF ATTORNEY** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**YOU ARE NOTIFIED** that Creditor Moving Party KURT MILLER ("Movant") makes the following substitution as of Friday, November 23, 2018:

1. <u>Former Legal Representative</u>: Kurt Miller, pro per;

2. <u>New Legal Representative:</u> Andrew D. Weiss (SBN 121149), Law Offices of Andrew D. Weiss, 26459 Rancho Parkway South, Lake Forest, California 92630, Telephone Number (949) 360-9478, email: oclawadw@aol.com.

3. The party making this substitution is creditor KURT MILLER; and

/ / /

/ / /

/ / /

4. The Creditor and new legal representative all consent to this substitution.

CREDITOR:

Dated: 12/10/18

_____
Kurt Miller

NEW COUNSEL:

LAW OFFICES OF ANDREW D. WEISS

Dated: 12/11/18

By: _____
Andrew D. Weiss

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **SUBSTITUTION OF ATTORNEY** for Kurt Miller will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 11, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's counsel, Lawrence P. Ramirez lpramirez@thellg.com
Attorney for Trustee, Nanette Dumas Email: ctdocs@ch13sj.com
Office of the U.S. Trustee/SJ

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 11, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor Gloria Cabral Robles, 3474 Gila Drive, San Jose, CA 95148

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 11, 2018 | Andrew D. Weiss | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |