Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 360-9478
Facsimile: (949) 360-0302
Email: oclawadw@aol.com
Attorney for Kurt A. Miller

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No: 18-51575 |
| GLORIA CABRAL | Chapter 13 |
| Debtor, | **CREDITOR KURT MILLER'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO TERMINATE, ANNUL AND FOR IN REM RELIEF FROM THE BANKRUPTCY AUTOMATIC STAY** |
| | Hearing Date: January 22, 2019 Time: 10:00 a.m. Courtroom: 3020 |

Creditor and moving party, Kurt Miller ("Miller"), submits this supplemental request for judicial notice in support of his request to terminate, annul and for in rem relief from the automatic stay. This requests supplements Miller's Request for Judicial Notice filed on August 20, 2018, as Document 18-5, which requested judicial notice of exhibits 1 through 32, inclusive.

Specifically, Miller submits this request to address issue 1.A(C) of the Court's Trial Scheduling Order, entered October 5, 2018, which identifies the following issue as one of the issues for trial:

"(C) Wether Debtor had an ownership interest in the real property on the petition date."

Miller requests the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the documents filed with this Court, as listed below:

1. Exhibit 33 - the Chapter 7 Petition filed by Daniel Arce, in pro per, on May 29, 2018, styled *In Re Daniel Arce* USBC NDCA 18-51217. This is the petition for one of the cases previously referenced in Miller's Request for Judicial Notice Exhibit, 25.

2. Exhibit 34 - the Docket for *In Re Daniel Arce* USBC NDCA 18-51217.

3. Exhibit 35 - the Chapter 13 Petition filed by Lawrence P. Ramirez, Litigation Law Group, on behalf of Daniel Arce on May 30, 2018, styled *In Re Daniel Arce* USBC NDCA 18-51221. This is the petition for one of the cases previously referenced in Miller's Request for Judicial Notice Exhibit, 25.

4. Exhibit 35- the Docket for *In Re Daniel Arce* USBC NDCA 18-51221.

LAW OFFICES OF ANDREW D. WEISS

Dated: January 18, 2019

By: s/ *Andrew D. Weiss*
ANDREW D. WEISS
Attorney for Creditor
Kurt A. Miller

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 26459 Rancho Parkway South, Lake Forest, CA 92630

The foregoing document described as **CREDITOR KURT MILLER'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION TO TERMINATE, ANNUL AND FOR IN REM RELIEF FROM THE BANKRUPTCY AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers if required; and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 18, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Trustee, Devin Derham-Burk   ctdocs@ch13sj.com
Nanette Dumas   ctdocs@ch13sj.com
Attorney for Specialized Loan Servicing, Tyneia Merritt   attymerritt@gmail.com, legal@mlawinc.com
Office of the U.S. Trustee / SJ   USTPRegion17.SJ.ECF@usdoj.gov
Debtor's attorney, Lawrence P. Ramirez   lpramirez@thellg.com
Former Attorney for Kurt Miller Steven J. Sibley   sjs@dslaw.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 18, 2019 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 18, 2019, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2019 | Andrew D. Weiss | s/ *Andrew D. Weiss* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |