
Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 360-9478
Facsimile: (949) 360-0302
Email: oclawadw@aol.com
Attorney for Creditor
Kurt Miller

**CHANGES MADE BY COURT**

The following constitutes the order of the Court.
Signed: February 15, 2019

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>GLORIA CABRAL ROBLES,<br><br>Debtor. | Case No. 18-51575 MEH<br><br>Chapter 13<br><br>**ORDER ON MOTION TO TERMINATE, ANNUL AND FOR IN REM RELIEF**<br><br>Date: January 25, 2019<br>Time: 1:00 p.m.<br>Courtroom: 3020 |

The motion of creditor Kurt Miller to terminate, annul and for in rem relief ("Motion") was tried to the Court on October 24, 2018 and January 22, 2019. The motion came regularly for hearing on January 25, 2019 at 1:00 pm. in Courtroom 3020, the Honorable M. Elaine Hammond, judge presiding, for a final ruling. Andrew D. Weiss of the Law Offices of Andrew D. Weiss appeared for creditor and moving party, Kurt Miller. Linda Keny of The Litigation Law Group appeared for debtor, Gloria Cabral Robles. The Motion relates to the real property commonly known as 3474 Gila Drive, San Jose, California ("Property"), as more specifically described below:

LOT 37, AS SHOWN ON THAT CERTAIN MAP OF TRACT NO. 4328 WHICH MAP WAS FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA ON JULY 18, 1968, IN BOOK 240 OF MAPS, PAGES 18 AND 19.

EXCEPTING THEREFROM THE UNDERGROUND WATER OR RIGHTS THERETO, WITH NO RIGHT OF SURFACE ENTRY, AS THE SAME WERE CONVEYED TO THE SAN JOSE WATER WORKS, A CALIFORNIA CORPORATION BY DEED RECORDED AUGUST 1, 1968 IN BOOK 8212, PAGE 238, OFFICIAL RECORDS.

Having reviewed the moving and opposing papers, having received direct testimony by written declarations, having heard oral testimony, having received exhibits into evidence, having heard oral argument, and in accordance with the oral statement of decision given by the Court on the record:

**IT IS HEREBY ORDERED** the motion to annul the stay is denied, the motion to terminate the stay pursuant to 11 U.S.C. Section 362(d)(2) is granted, the motion for in rem relief pursuant to 11 U.S.C. Section 362(d)(4) is granted, and the foreclosure sale held on July 18, 2018 is void as a matter of law.

If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this Title 11 purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

**END OF ORDER**

# Court Service List

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541