

Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 360-9478
Facsimile: (949) 360-0302
Email: oclawadw@aol.com
Attorney for Creditor
Kurt Miller

The following constitutes the order of the Court.
Signed: February 20, 2019

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In Re:

GLORIA CABRAL ROBLES,

Debtor.

Case No. 18-51575 MEH

Chapter 13

**ORDER OF DISMISSAL**

Date: January 25, 2019
Time: 1:00 p.m.
Courtroom: 3020

The motion of creditor Kurt Miller to dismiss the above-captioned bankruptcy proceeding came regularly for hearing on January 25, 2019, at 1:00 pm. In Courtroom 3020, the Honorable M. Elaine Hammond, judge presiding. Andrew D. Weiss of the Law Offices of Andrew D. Weiss appeared for creditor and moving party, Kurt Miller. Linda Keny of The Litigation Law Group appeared for debtor, Gloria Cabral Robles.

Having reviewed the moving and opposing papers, having heard oral argument, and in accordance with the oral statement of decision given by the Court on the record:

**IT IS HEREBY ORDERED** the above-captioned bankruptcy proceeding is dismissed on the basis it was filed in bad faith.

Submitted by:

                                     LAW OFFICES OF ANDREW D. WEISS

Dated: February 12, 2019        By:  s/ *Andrew D. Weiss*
                                                Andrew D. Weiss
                                                Attorney for Creditor Kurt Miller

**\*\*END OF ORDER.\*\***

# Court Service List

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541